### 15608.   HAMILTON *v.* CENTURY INVESTMENT CO.

LUKE, J. The motion to set aside and vacate the judgment was without merit, and the court properly denied the motion.

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 7, 1924.

Motion to set aside judgment; from city court of Atlanta—Judge Reid. March 29, 1924.

*Ray & Ray,* for plaintiff.

*Robert H. Jones Jr.,* for defendant.

---

### 15625.   REED *v.* THE STATE.

LUKE, J. The evidence authorized the verdict; and in the absence of an appropriate written request for specific instructions, the charge as given was sufficiently full and fair. "Where the presiding judge, by his general charge, presents to the jury the law governing the substantial and controlling issues in a case, the mere failure or omission to charge upon minor points, to which his attention is not called at the time, is not ground for a new trial." *Thomas* v. *State,* 95 *Ga.* 484 (4) (22 S. E. 485).

*Judgment affirmed. Broyles, C. J., and Bloodworth, J., concur.*

DECIDED OCTOBER 7, 1924.

Conviction of cheating and swindling; from city court of Savannah—Judge Rourke. March 29, 1924.

*Robert L. Colding, J. S. Harrison,* for plaintiff in error.

*Walter C. Hartridge, solicitor-general,* contra.